Cardillo & Corbett
Attorneys for Plaintiff
TBS LATIN AMERICA LINER, LTD.
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212
Tulio R. Prieto (TP-8455)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
TBS LATIN AMERICA LINER, LTD.,      :
                                    :
                    Plaintiff,      :
                                    :
            -against-               :
                                    :
CI CORPORACION CARBONES DE LA       :
SABANA S.A. a/k/a CORSABANAS,       :
                                    :
                    Defendant.      :
------------------------------------x

RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, TBS LATIN AMERICA LINER, LTD., certifies that the common shares of its corporate parent, TBS International Limited, are publicly held.

Dated:    New York, New York
          April 18, 2008

                              CARDILLO & CORBETT
                              Attorneys for Plaintiff,
                              TBS LATIN AMERICA LINER, LTD.

                         By:  _____
                              Tulio R. Prieto (TP 8455)